**Doris R. HUGHES et al.**

v.

**AMERICAN UNIVERSAL INSURANCE COMPANY.**

No. 79–506–A.

Supreme Court of Rhode Island.

April 17, 1980.

Almonte, Lisa & Pisano, Stephen C. Mackie, Thomas L. McDonald, Providence, for plaintiffs.

Higgins & Slattery, Robert J. Dumouchel, Providence, for defendant.

## ORDER

The plaintiffs' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.

**Henry JAZLOWIECKI**

v.

**DEPARTMENT OF ENVIRONMENTAL MANAGEMENT et al.**

**Henry JAZLOWIECKI**

v.

**COASTAL RESOURCES MANAGEMENT COUNCIL.**

Nos. 80–52–M.P., 80–123–M.P.

Supreme Court of Rhode Island.

April 17, 1980.

W. Slater Allen, Jr., Providence, for petitioner.

Sean O. Coffey, Dennis H. Esposito, Providence, for respondents.

## ORDER

The within petitions for writ of certiorari are denied on the grounds that this matter is not ripe for review by this court.